POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Kevin R. Lussier (SBN 143821)<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP<br>800 Wilshire Boulevard, 15th Floor Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 689-8500 \| FAX NO. (213) 689-8501 \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiffs: RICHEMONT INTERNATIONAL SA and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, INC. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 411 West 4th Street

CITY AND ZIP CODE: Santa Ana, CA 92701

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: RICHEMONT INTERNATIONAL SA; et al.<br>DEFENDANT/RESPONDENT: A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA | CASE NUMBER:<br>2:26-cv-7889-SPG (MBKx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2619430GG |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*

   **A&S Jewelry, Inc. D/B/A Arsa Jewelry and Jewelry By ARSA**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Ara Mkhitarian, Partner, Authorized person to accept service of process.**

4. Address where the party was served: **643 South Olive Street, Suite 500**
   **Los Angeles, CA 90014**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/30/2026**   (2) at *(time):* **9:33 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*      **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2619430** |

Plaintiff:  **RICHEMONT INTERNATIONAL SA; et al.**

Defendant:  **A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA**

| | |
|---|---|
| CASE NUMBER: | **2:26-cv-7889-SPG (MBKx)** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                                   (2) *from  (city):*

   (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*


   ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐   as an individual defendant.

   b. ☐   as the person sued under the fictitious name of  *(specify):*

   c. ☐   as occupant.

   d. ☑   On behalf of  *(specify):*  **A&S Jewelry, Inc. D/B/A Arsa Jewelry and Jewelry By ARSA**

   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)                 ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                            ☐ 415.46 (occupant)
                                                                 ☑ other: **FRCP 4(h)(1)**

7. **Person who served papers**

   a. Name:  **Anson Howard - Ace Attorney Service, Inc.**

   b. Address:  **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

   c. Telephone number:  **(213) 623-3979**

   d. **The fee** for service was: **$ 91.54**

   e. I am:

   (1) ☐   not a registered California process server.
   (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑   registered California process server:
      (i) ☐ owner     ☑ employee        ☐ independent contractor.
      (ii) Registration No.:  **PSC# 6410**
      (iii) County:  **ORANGE**

8. ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.


   Date:  **8/3/2026**


| | |
|---|---|
| **Anson Howard** | ► |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |

SHORT TITLE: RICHEMONT INTERNATIONAL SA, et al vs. A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA

CASE NUMBER
2:26-cv-7889-SPG (MBKx)

## ATTACHED LIST OF DOCUMENTS

**CIVIL COVER SHEET;**

**PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;**

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2619430