Narek Zohrabyan (CA BAR NO. 290385)
Email: nzoh@philip.law
Karen 'Kirk' Galoyan (CA BAR NO. 331594)
Email: kgaloyan@philip.law

**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606

Attorney for Defendant A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc.,

Plaintiffs,

vs.

A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA,

Defendant.

Case No. 2:26-cv-07889-SPG-MBK

District Judge:
Hon. Sherilyn Peace Garnett

Magistrate Judge:
Hon. Michael B. Kaufman

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Served: July 30, 2026
Current Response Date: August 20, 2026
New Response Date: Sept. 21, 2026

**STIPULATION**

Pursuant to Local Rule 8-3, Plaintiffs RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc. ("Plaintiffs") and Defendant A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 17, 2026 Plaintiffs filed its Complaint in this action;

WHEREAS, Plaintiffs served its Complaint on Defendant on July 30, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently August 20, 2026;

WHEREAS, pursuant to Local Rule 8-3, the parties have agreed to extend Defendant's deadline to respond to the Complaint by thirty (30) days; the thirtieth day falls on Saturday, September 19, 2026, and therefore, pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), Defendant's response is due Monday, September 21, 2026;

WHEREAS, the Defendant has recently retained counsel that is evaluating the claims in this case and is in contact with the opposing party's counsel;

WHEREAS, the parties believe that settlement is viable and that it would be worthwhile to engage in settlement discussions; and

NOW THEREFORE, pursuant to Local Rule 8-3, the parties hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint is extended to September 21, 2026.

Dated: August 20, 2026 **PHIL IP LAW INC.**

By: /s/ Narek Zohrabyan
NAREK ZOHRABYAN
KAREN 'KIRK' GALOYAN
Attorneys for Defendant

Dated: August 20, 2026 **CRUSER MITCHELL NOVITZ SANCHEZ GASTON AND ZIMET** and **FROSS ZELNICK LEHRMAN AND ZISSU PC**

By:/s/ Kevin R. Lussier
Kevin R. Lussier
John P. Margiotta
Attorneys for Plaintiffs

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By:/s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant