Narek Zohrabyan (CA BAR NO. 290385)
Email: nzoh@philip.law
Karen 'Kirk' Galoyan (CA BAR NO. 331594)
Email: kgaloyan@philip.law

**Phil IP Law Inc.**
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606

Attorney for Defendant A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA,<br><br>Defendant. | Case No. 2:26-cv-07889-SPG-MBK<br><br>District Judge:<br>Hon. Sherilyn Peace Garnett<br><br>Magistrate Judge:<br>Hon. Michael B. Kaufman<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: July 30, 2026<br>Current Response Date: September 21, 2026<br>New Response Date: October. 21, 2026 |

# STIPULATION

Plaintiffs RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc. ("Plaintiffs") and Defendant A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 17, 2026 Plaintiffs filed its Complaint in this action;

WHEREAS, Plaintiffs served its Complaint on Defendant on July 30, 2026;

WHEREAS, the Stipulating Parties previously stipulated to a 30-day extension of time pursuant to Local Rule 8-3 on August 20, 2026 (Dkt. 19), thereby resetting Defendant's deadline to September 21, 2026;

WHEREAS, pursuant to Local Rule 8-3, the Stipulating Parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint by an additional 30 days to October 21, 2026;

WHEREAS, the Court has not yet set an initial Case Management Conference, Scheduling Conference, or other case schedule;

WHEREAS, the Stipulating Parties request an extension in good faith and believe that it will not prejudice any party, and will promote the efficient use of party and judicial resources; and

WHEREAS, the parties believe that settlement is viable and that it would be worthwhile to engage in settlement discussions.

NOW THEREFORE, the Stipulating Parties hereby jointly stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to and including Wednesday, October 21, 2026. The Stipulating Parties believe that this brief, thirty-day extension is being made for good cause as it will permit Defendant and its counsel time to investigate the allegations of the Complaint, evaluate potential claims and defenses, and explore the possibility of an informal resolution of the dispute without unnecessary motion practice. Further, the requested extension will

not affect any Court-ordered deadlines.

Dated: September 22, 2026

**PHIL IP LAW INC.**

By: /s/ Narek Zohrabyan
NAREK ZOHRABYAN
KAREN 'KIRK' GALOYAN
Attorneys for Defendant

Dated: September 22, 2026

**FROSS ZELNICK LEHRMAN AND ZISSU PC** and **CRUSER MITCHELL NOVITZ SANCHEZ GASTON AND ZIMET**

By:/s/ Kevin Lussier
JOHN P. MARGIOTTA
KEVIN R. LUSSIER
Attorneys for Plaintiffs

**Attestation Regarding Signatures**

I, Narek Zohrabyan, am the filer of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT, and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By:/s/ Narek Zohrabyan
Narek Zohrabyan
Attorneys for Defendant