UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07889-SPG-MBK | Date | October 14, 2026 |
| Title | Richemont International SA et al v. A and S Jewelry, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [ECF NO. 20]**

On September 22, 2026, Plaintiffs Richemont International SA and Van Cleef & Arpels and Defendant A&S Jewelry, Inc. d/b/a Arsa Jewelry and Jewelry by Arsa, filed the Stipulation to Extend Time to Respond to Initial Complaint, (ECF No. 20 ("Stipulation")). The parties request to continue Defendant's deadline to respond to Plaintiff's Complaint, (ECF No. 1 ("Complaint")), by thirty (30) days. (Stip. at 2.)

Upon review of the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation. Defendant's deadline to respond to the Complaint is continued from September 21, 2026, to October 21, 2026.

**IT IS SO ORDERED.**

_________ : _________

Initials of Preparer pg