**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc.,

Plaintiffs,

vs.

A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA,

Defendants.

Case No. 2:26-cv-07889-SPG-MBK

District Judge:
Hon. Sherilyn Peace Garnett

Magistrate Judge:
Hon. Michael B. Kaufman

**[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Action Filed: July 17, 2026
Complaint Served: July 30, 2026
Current Response Date: November 4, 2026
New Response Date: November 16, 2026

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulated Joint Motion to Extend Time for Defendant to Respond to Complaint on file in this action, and good cause appearing therefore, and pursuant to the Court's inherent power:

Defendant's deadline to answer or otherwise respond to the complaint in the above-captioned matter shall be extended to November 16, 2026.

**IT IS SO ORDERED.**

Dated: ____________________________

____________________________________

Hon. Sherilyn Peace Garnett

United States District Judge