UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07889-SPG-MBK | Date | November 9, 2026 |
| Title | Richemont International S.A. et al v. A and S Jewelry, Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT [ECF NO. 23]**

Before the Court is the Parties' Fourth Stipulation to Extend Time to Respond to the Initial Complaint ("Fourth Stipulation"). (ECF No. 23.) The Fourth Stipulation, which was filed on November 5, 2026, asks the Court to extend the Defendant's deadline to respond to the Complaint from November 4, 2026, to November 16, 2026, as "the parties believe that settlement is viable and that it would be worthwhile to engage in settlement discussions." (Fourth Stipulation at 1.)

Having considered the Fourth Stipulation and finding good cause therefor, the Court GRANTS the Fourth Stipulation. The Defendant's deadline to file a response to the Complaint is continued from November 4, 2026, to November 16, 2026. The Court does not anticipate granting further extensions for the Defendant to respond to the Complaint.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg