# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHEMONT INTERNATIONAL SA, et al.

Plaintiff(s),

v.

A AND S JEWELRY, INC.

Defendant(s).

CASE NUMBER:

2:26−cv−07889−SPG−MBK

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 11/16/2026

Document No.: 25

Title of Document: DEFENDANT A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA ANSWER TO THE COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 no notice of interested parties.

Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 17, 2026

By: */s/ Jessica S Araujo Guzman*
*jessica_araujoguzman@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**