NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Narek Zohrabyan (CA BAR NO. 290385)
Phil IP Law Inc.
500 North Brand Blvd., Suite 1690
Glendale, California 91203
Telephone: (619) 929-0606
Email: nzoh@philip.law

ATTORNEY(S) FOR: A&S JEWELRY, INC. D/B/A ARSA JEWELRY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RICHEMONT INTERNATIONAL SA, et al.

Plaintiff(s),

v.

A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA

Defendant(s)

CASE NUMBER: 2:26-cv-07889

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for A AND S JEWELRY, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), A&S JEWELRY, INC. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RICHEMONT INTERNATIONAL SA | - Plaintiff |
| VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, Inc. | - Plaintiff |
| A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY BY ARSA | - Defendant |

November 18, 2026
Date

/s/ Narek Zohrabyan
Signature

Attorney of record for (or name of party appearing in pro per):

A&S JEWELRY, INC. D/B/A ARSA JEWELRY AND JEWELRY